

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-81,866-01 & WR-81,866-02

### EX PARTE CARLOS JUNIOR BARGAS, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 957550-A & 957551-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault and sentenced to forty years' imprisonment on each count. His sentences were ordered to run consecutively. The Fourteenth Court of Appeals dismissed his appeals. *Bargas v. State*, Nos. 14-07-00721-CR & 14-07-00722-CR (Tex. App.—Houston [14th Dist.] Sept. 13, 2007).

Applicant contends that his pleas were involuntary, trial counsel was ineffective, and there

is no evidence. The trial court concluded that Applicant's sentences were improperly ordered to run consecutively and recommended that we delete the cumulation portion of the judgments. The trial court recommended that we deny Applicant's other grounds.

Relief is granted in part. The judgment in cause number 957551 is reformed to delete the cumulation portion of the judgment. Applicant's sentences shall run concurrently. Based on our own independent review of the record and the trial court's findings of fact and conclusions of law, we conclude that Applicant's other grounds are without merit.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Filed: December 16, 2015
Do not publish